**Jason Eric SONNTAG, Plaintiff–Appellant,**

v.

**SHERIFF OF CARSON CITY; et al., Defendants–Appellees.**

No. 09–17752.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 16, 2011.

Jason Eric Sonntag, Carson City, NV, pro se.

Melanie Bruketta, Neil Rombardo, Esquire, Carson City District Attorney's Office, Carson City, NV, Katherine F. Parks, Thorndal Armstrong Delk Balkenbush & Eisinger, Reno, NV, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Iman Cokro YOELIKO; Imam Taufik
Yoeliko, Petitioners,

v.

Before: THOMAS, SILVERMAN, and
CLIFTON, Circuit Judges.

---

Before: THOMAS, SILVERMAN, and
CLIFTON, Circuit Judges.

MEMORANDUM **

Jason Eric Sonntag appeals pro se from
the district court's summary judgment in
his 42 U.S.C. § 1983 action alleging viola-
tions of the Fourth and Eighth Amend-
ments. We have jurisdiction under 28
U.S.C. § 1291. We review for an abuse of
discretion the denial of a motion for de-
fault judgment, *Eitel v. McCool,* 782 F.2d
1470, 1471 (9th Cir.1986), and we affirm.

The district court did not abuse its dis-
cretion in declining to enter default judg-
ment because defendants were not untime-
ly in their answer to Sonntag's complaint.
*See* Fed.R.Civ.P. 4(d)(3) ("A defendant
who, before being served with process,
timely returns a waiver need not serve an
answer to the complaint until 60 days after
the request was sent...").

We do not consider issues not raised in
Sonntag's opening brief. *See Entm't Re-
search Grp., Inc. v. Genesis Creative Grp.,
Inc.,* 122 F.3d 1211, 1217 (9th Cir.1997).

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.